UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| GERALD J. ROHE, and ) | Case No. 09-52052-659 |
| MICHELLE ANN ROHE, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| SUN SECURITY BANK, ) | **Adversary No. 10-4424-659** |
| ) | |
| ) | |
| Plaintiff, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| GERALD J. ROHE, and ) | |
| MICHELLE ANN ROHE, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment is entered in favor of Defendants/Debtors Gerald J. Rohe and Michelle Ann Rohe and against Plaintiff Sun Security Bank in that the relief requested in the Complaint filed by Plaintiff Sun Security Bank is **DENIED** and Debtors' discharge entered on March 1, 2010 will not be revoked pursuant to Section 727(d)(1); and this is the final judgment and Order of this Court in this bankruptcy case.

_____
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 19, 2011
St. Louis, Missouri

Copies to:

| | |
|---|---|
| Office of the United States Trustee<br>Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Suite 6.353<br>St. Louis, MO  63102 | Sun Security Bank<br>4700 Mid Rivers Mall Dr.<br>St. Peters, MO 63376 |
| Marvin L Lindmark, III<br>SmithAmundsen, LLC<br>1475 Fairgrounds Road<br>Suite 102<br>St. Charles, MO 63301 | Patrick M. Jones<br>SmithAmundsen, LLC<br>150 N. Michigan Ave., Suite 3300<br>Chicago, IL 60601 |
| Gerald and Michelle Rohe<br>4005 Kim-Kelly Drive<br>St. Charles, MO 63304 | John C. Maxwell<br>1112 1st Capitol Drive, Suite B<br>St. Charles, MO 63301 |